```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

          MAY 1 1 2022

         CLERK US DIST ...
         DISTRICT OF NEVAD...
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                          Case No.: 2:21-mj-00907-VCF

SALEENA HART ESGUERRA,                      **FINDINGS AND ORDER**

   Defendant.

---

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The parties desire to continue the preliminary hearing to facilitate pre-indictment resolution. Defendant Saleena Hart Esguerra has applied for admission into the Interagency Agreement for the Recovery, Inspiration, Support & Excellence (RISE) Program, and will need additional time prior to a preliminary hearing or indictment to allow the RISE Program to evaluate her application. The Court finds good cause to continue the hearing to allow the parties to reach a pre-indictment resolution.

2. Both counsel for defendant and counsel for the government agree to the continuance.

3. Defendant Esguerra is not in custody and agrees to the continuance.

4. The continuance is not sought for the purposes of delay, but to allow defense counsel an opportunity to examine the merits of this case before a potential resolution can be reached between the parties.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter for defendant Saleena Hart Esguerra, previously scheduled for May 24, 2022 at 4:00 p.m., be vacated and continued to August 22, 2022, at 4:00pm.

DATED this 11th day of May, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE