UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>SALEENA HART ESGUERRA,<br><br>       Defendant. | Case No. 2:21-mj-00907-VCF<br><br>**ORDER** |

    Based on the Stipulation of counsel, good cause appearing therefore:

    IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Thursday, October 6, 2022, at the hour of 4:00 p.m., be vacated and continued to December 5, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D.

    DATED this 30 day of September 2022.

                                                        UNITED STATES MAGISTRATE JUDGE

3