UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SALEENA HART ESGUERRA,<br><br>        Defendant. | Case No. 2:21-mj-00907-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Monday, February 6, 2023, at the hour of 4:00 p.m., be vacated and continued to __March 27, 2023__ at the hour of 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this __3rd__ day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3