# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SALEENA HART ESGUERRA,

        Defendant.

Case No. 2:21-mj-00907-VCF

**ORDER**

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Monday, March 27, 2023, at the hour of 4:00 p.m., be vacated and continued to __May 15, 2023__ at the hour of 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this __22nd__ day March, 2023.

_____

UNITED STATES MAGISTRATE JUDGE

3