UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>SALEENA HART ESGUERRA,<br><br>          Defendant. | Case No. 2:21-mj-00907-VCF<br><br>**ORDER** |

    Based on the Stipulation of counsel, good cause appearing therefore:

    IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Thursday, June 29, 2023, at the hour of 4:00 p.m., be vacated and continued to August 14, 2023 at 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

    DATED this 27th day June, 2023.

                                                            _____

                                                            UNITED STATES MAGISTRATE JUDGE