# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00907-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| SALEENA HART ESGUERRA, | |
| Defendant. | |

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Monday, August 14, 2023, at the hour of 4:00 p.m., be vacated and continued to October 16, 2023 at the hour of 4:00 pm.

DATED this 10th day August, 2023.

_____

UNITED STATES MAGISTRATE JUDGE

3