**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SALEENA HART ESGUERRA,<br><br>    Defendant. | Case No. 2:21-mj-00907-VCF<br><br>**ORDER** |

    Based on the Stipulation of counsel, good cause appearing therefore:

    IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Thursday, November 16, 2023, at the hour of 4:00 p.m., be vacated and continued to December 18, 2023 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

    DATED this 15th day November, 2023.

                                                           _____

                                                           UNITED STATES MAGISTRATE JUDGE