## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SALEENA HART ESGUERRA,<br><br>    Defendant. | Case No. 2:21-mj-0907-DJA<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled for December 18, 2023 at the hour of 4:00 p.m., be vacated and continued to January 11, 2024 at 4:00 pm in 3B.

DATED this 15 day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3